Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN B. HISEY,<br><br>Defendant. | Case Number: 6:19-po-00246-JDP<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Jonathan B. Hisey, by and through his attorney of record, Assistant Federal Defender Hannah Labaree, that the initial appearance in the above-captioned matter set for October 23, 2019 be continued to November 5, 2019 at 10:00 a.m.

Dated: October 31, 2019 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: October 31, 2019 /S/ Hannah Labaree
Hannah Labaree
Assistant Federal Defender for
Jonathan B. Hisey

1

ORDER

I accept the above stipulation and adopt its terms as the order of this court. Accordingly, the October 23, 2019, initial appearance for Jonathan B. Hisey in case *6:19-po-00246-JDP* is continued to November 5, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 5, 2019

UNITED STATES MAGISTRATE JUDGE