HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JONATHAN HISEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HISEY,<br><br>Defendant. | Case No. 6:19-po-00246-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 2, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jonathan Hisey, hereby stipulate and jointly move this Court to continue Mr. Hisey's status conference from March 31, 2020 until June 2, 2020.

On January 15, 2020, the undersigned defense counsel requested a continuance so that Mr. Hisey might pay fees necessary to reinstate his license. Given ongoing COVID-19 closures, the undersigned defense counsel requests that Mr. Hisey's review hearing be continued until June 2, 2020 in order that he can take the necessary steps to reinstate his license. The Government does not object.

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR SCOTT
United States Attorney |
| | Dated:  March 30, 2020 | */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park |
| | Dated:  March 30, 2020 | HEATHER E. WILLIAMS
Federal Defender |
| | | */s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JONATHAN HISEY |

ORDER

Good cause appearing, the above stipulation to continue case 6:19-MJ-00246 JDP until June 2, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: March 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE