Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN B. HISEY,<br><br>　　　　　　Defendant. | Docket Number  6:19-po-00246-HBK<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

Dated:  December 11, 2020　　　　　　/S/ Sean O. Anderson
　　　　　　　　　　　　　　　　　　　Sean O. Anderson
　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Hisey*, case no. 6:19-po-00246-HBK (violation no. 6809298), is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 11, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE